In the Matter of the Application of JERON COMPANY, INC., and Others, Appellants, against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, HARRIS H. MURDOCK and Others, as Members of Said Board of Standards and Appeals, Respondents, and SOCONY-VACUUM OIL COMPANY, INCORPORATED, Intervenor, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.